JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSEPH ISRAEL BLANDON SAAVEDRA,

       Petitioner,

    v.

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

       Respondents.

Case No. 5:26-cv-01670-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Joseph Isreal Blandon Saavedra (A# 216-960-347) from custody on his prior Order of Release on Recognizance. Respondents shall also immediately return any confiscated property and documents to Petitioner upon release. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could

reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:   June 1, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE